955 A.2d 350

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Jeffrey FLOYD, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**